Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

          Case No.:  14−29379−MBK
          Chapter:  13
          Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Tiawanna S. Glover
   20 Paddock Lane
   Willingboro, NJ 08046

Social Security No.:
   xxx−xx−9037

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/14/18.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 15, 2018
JAN: wir

                            Jeanne Naughton
                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                      Case No. 14-29379-MBK
Tiawanna S. Glover                                                          Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Aug 15, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 17, 2018.
db              +Tiawanna S. Glover,    20 Paddock Lane,    Willingboro, NJ 08046-2702
515061851       +Capital Health Medical Center,    P.O. Box 785831,    Philadelphia, PA 19178-5831
515061850        Capital Health at Mercer,    c/o A-1 Collection Service,    PO Box 7387,
                  West Trenton, NJ 08628-0387
515061845       +Cenlar,   P.O. Box 77404,    Ewing, NJ 08628-6404
515061846       +Kivitz, McKeever, Lee, PC,    701 Market Street,    Suite 5000,    Philadelphia, PA 19106-1541
515277584       +New Jersey Housing and Mortgage Finance Agency,     Cenlar FSB,    425 Phillips Boulevard,
                  Ewing, NJ 08618-1430
515061849        Pediatrix-Obstetrix Medical Group,    P.O. Box 100445 AE,    Atlanta, GA 30384-0445
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Aug 15 2018 23:45:43     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 15 2018 23:45:40     United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
515061848       +E-mail/Text: mpieslak@trafgroup.org Aug 15 2018 23:46:13     A-1 Collection Service,
                  P.O. Box 6009,    Lawrenceville, NJ 08648-0009
515061852        EDI: CAPITALONE.COM Aug 16 2018 03:13:00     Capital One Bank,    P.O. Box 71083,
                  Charlotte, NC 28272-1083
515061847        EDI: RCSFNBMARIN.COM Aug 16 2018 03:13:00     Credit One Bank,    P.O. Box 60500,
                  City of Industry, CA 91716-0500
515204364        EDI: PRA.COM Aug 16 2018 03:13:00     Portfolio Recovery Associates, LLC,    c/o Capital One,
                  POB 41067,   Norfolk VA 23541
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 17, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 15, 2018 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo     docs@russotrustee.com
              Albert   Russo (NA)    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    New Jersey Housing And Mortgage Finance Agency
               jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com
              Stacey L. Mullen    on behalf of Debtor Tiawanna S. Glover slmullen@comcast.net
                                                                                              TOTAL: 6